**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SYLVAIN GAUTHIER,

        *Petitioner,*

v.                                                                              Case No. 3:26-cv-1359-WWB-LLL

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

        *Respondents.*
_____

## <u>ORDER</u>

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (Doc. 1).  He asserts that Immigration and Customs Enforcement ("**ICE**") is currently detaining him at the Baker County Detention Center.  (*Id.*).  The Petition is not a model of clarity, and it is unclear what claims Petitioner seeks to raise. He appears to set forth four grounds for relief.  But in Ground One, he merely contends he is "a legal permanent resident of the United States . . . "; in Ground Two, he contends that his detention has forced his wife to seek family assistance; in Ground Three, he maintains that his current detention may "affect" his probation; and in Ground Four, he simply states he "was never on an Order of Supervision, nor was [he] given a [Notice to Appear]."  (*See generally id.*).

Federal courts may grant the writ where any petitioner can show that he is "in custody in violation of the Constitution or laws or treaties of the United States[.]"  28 U.S.C. § 2241(c)(3).  Here, Petitioner has not alleged sufficient facts to establish his entitlement to relief.  Indeed, he does not claim Respondents violated a particular constitutional right,

and his allegations are conclusory in nature and devoid of sufficient facts that would allow the Court to draw reasonable inferences that Respondents violated his constitutional rights. Petitioner carries the burden of clearly identifying his claims and the relief he seeks. Because he fails to carry that burden, the Petition is dismissed without prejudice to Petitioner's right to refile a § 2241 petition that clearly sets forth allegations about how his detention allegedly violates the Constitution.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2. The Clerk shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

3. The Clerk of Court shall send Petitioner a § 2241 habeas corpus petition form. Petitioner should use the form if he decides to initiate a new case in this Court. He should not put this case number on the form, because the Clerk will assign a new case number upon receipt.

**DONE AND ORDERED** in Jacksonville, Florida, on June 2, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:     Sylvain Gauthier, A208825765

2